# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA R. JACKSON

VERSUS

ATLANTIC SPECIALTY
AUTOMOBILE INSURANCE, ET AL

NO.  2020 CW 0166

**MAY 26, 2020**

---

In Re:    Atlantic  Specialty  Automobile  Insurance,  et  al,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of Pointe Coupee, No. 47021.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a signed return date order, a copy of pertinent court minutes, and a copy of the petition(s) in violation of Rule 4-5(C)(8)(10) & (11) of the Uniform Rules of the Louisiana Courts of Appeal. This court further requires that a transcript of the evidentiary hearing held on December 10, 2019 be provided.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, the missing items noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **June 23, 2020**, and must contain a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT